**Joseph DIXON, Appellant,**

v.

**CITY OF MINNEAPOLIS; Minneapolis Police Department; Minneapolis Water Department; Inspection Department; Minneapolis Public Housing Authority; Hennepin County Attorney's Office; Cathy Caldwell, Tenant; Therel Caldwell; Kimika Straub, Tenant's daughter, Appellees.**

No. 04–2648.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 24, 2005.

Decided: May 31, 2005.

Joseph Dixon, Minneapolis, MN, pro se.

James A. Moore, City Attorney's Office, Kenneth Van–Arthur Parsons, Minneapolis Public Housing Authority, William Clark Dunning, Roberta Cecile Jones, County Attorney's Office, Minneapolis, MN, for Appellees.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

Joseph Dixon appeals the district court's * adverse grant of summary judgment in Dixon's civil rights action. The action is one in a series of state and federal actions by Dixon against the City of Minneapolis and Hennepin County, Minnesota, among others, asserting claims stemming from his past ownership of a residential duplex. Following careful review, we affirm the judgment of the district court for the reasons outlined in the magistrate judge's report. *See* 8th Cir. R. 47B.

---

* The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Aruthur J. Boylan, United States Magistrate Judge for the District of Minnesota.